IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-3340-CV-S-GAF |
| LUIS VAZQUES, | ) |
| Defendant. | ) |

## **ORDER**

In accordance with the report and recommendation of the United States Magistrate Judge,

**IT IS HEREBY ORDERED** that defendant be, and is hereby, conditionally released under the following conditions:

1. The defendant shall reside at Meadowbrook Residential Care Center in Howe, OK, or at any other residence approved by the United States Probation Office.

2. The defendant shall continue to take psychiatric medication as prescribed.

3. The defendant shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer.

4. The defendant shall abstain from alcohol and shall submit to alcohol testing as directed by the supervising officer.

5. The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale.

6. The defendant shall participate in mental health treatment programs deemed therapeutic by his treating mental health professionals or supervising U.S. Probation Officer. This includes involuntary admission to a psychiatric hospital on an inpatient basis should it become necessary.

7. The defendant shall not own or possess a firearm, ammunition, destructive device, or any other dangerous weapons.

8. The defendant shall not travel outside the Eastern District of Oklahoma without permission from the U.S. Probation Officer.

9. The defendant shall be supervised by the U.S. Probation Office for the Eastern District of Oklahoma. This includes waiving his rights to confidentiality and his voluntary consent to the release of information between his U.S. Probation Officer and treating mental health staff.

**IT IS SO ORDERED.**

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: July 10, 2013