IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-03340-CV-S-MDH |
| ) | |
| LUIS VAZQUES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's pro se Motion. (Doc. 99.) In his motion, Defendant states that he "never have any mental problems in his entire life" and asks this Court to "issue an order ordering the stop of all psychotic medication which defendant is being forced to take." *Id.* Here, Defendant has an attorney, making his requests improper, and the Court "is not required 'to entertain pro se motions filed by a represented party.'" *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (citing *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). Therefore, the relief requested in the pro se Motion is **DENIED** without prejudice. Any request of the Court should be made by and through Defendant's attorney, David Mercer. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 22, 2021