IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 08-03340-CV-S-MDH |
| LUIS VAZQUES, ) | |
| Defendant. ) | |

## REPORT AND RECOMENDATION

Before the Court is Defendant's pro se Motion. (Doc. 107.) In the Motion, Defendant requests a discharge pursuant to 18 U.S.C. § 4247(h), alleging he is "illegally held incarcerated since November 7, 1995." *Id.* This matter has been referred to the undersigned for processing and handling. Upon review, it is **RECOMMENDED** that the relief requested be **DENIED** without prejudice as unauthorized by law.

Defendant is presently confined at the Medical Center for Federal Prisoners in Springfield, Missouri, pursuant to an order of commitment under 18 U.S.C. § 4246. (Doc. 14.) Therefore, by law, Defendant is not authorized to personally file a motion to determine whether he should be released. *See United States v. O'Laughlin*, 934 F.3d 840, 841 (8th Cir. 2019) (Section 4247(h) requires that "motions for release from civil commitment be filed by an attorney or legal guardian for the committed person") *cert. denied*, 140 S.Ct. 2535 (Mar. 23, 2020). Here, the Motion is filed by Defendant only, and not filed by his attorney or legal guardian. Notably, the Federal Public Defender has been appointed to represent Defendant in this matter, who may file a motion requesting his release, if appropriate. (Doc. 85.) Based on the foregoing, it is **RECOMMENDED** that Defendant's *pro se* Motion seeking a discharge be **DENIED** without prejudice as unauthorized

by law.  The Clerk's Office is directed to send a copy of this Report and Recommendation to Defendant via regular mail.

>  /s/ *David P. Rush*
>  DAVID P. RUSH
>  UNITED STATES MAGISTRATE JUDGE

DATE: April 18, 2022